# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRANDON J. WHITE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. MJ08-460 <br><br> DETENTION ORDER |

Offenses charged:

    Count 1: Bank Robbery, in violation of 18 U.S.C. § 2113(a).

Detention Hearing:

    On October 30, 2008, defendant waived his right to a detention hearing and stipulated to detention (Dkt. No. 8). The Court, based upon defendant's stipulation and factual findings, and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

    (2)    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required, or ensure the safety of the

community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of October, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge